**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-1334**

———————

PERRY BROWN,

             Plaintiff - Appellant,

      v.

STATE OF MARYLAND; DEPUTY PATRICK H. HANDY,

             Defendants – Appellees,

      and

JOHN DOE,

             Defendant.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, Senior District
Judge.  (8:07-cv-01956-PJM)

———————

Submitted: January 8, 2010        Decided: January 22, 2010

———————

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Perry Brown, Appellant Pro Se.  Corlie McCormick, Jr., David
Reid Moore, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND,
Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Perry Brown appeals the district court's final order of judgment entered after a jury returned a defense verdict in Brown's civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm. <u>Brown v. Maryland</u>, No. 8:07-cv-01956-PJM (D. Md. Feb. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>